APPENDIX D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

Filed at __5:15 P.M__
__10/31__, 20__06__
_____
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Plaintiff: __Sandra D. Thompson__

v.

Civil Action No: __3:06-cv-90 (CAR)__

Defendant(s): __Carrier Transicold Corp.__

## COMPLAINT

1. Defendant is a citizen of the United States and resides at __105 Old Hull Rd Athens Georgia 30601 Apt__

2. Defendant(s) names(s) __Carrier Transicold Corp.__

   Location of principal office(s) of the named defendant(s) __700 Olympic Drive Athens Georgia 30601__

   Nature of defendant(s)' business __Cooling System__

   Approximate number of individuals employed by defendant(s) __300__

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.
   (B) ___✓___ Termination of my employment.

(C) ✓ Failure to promote me.
(D) ✓ Other Acts as specified below:

harassment on job., Race.

5. Plaintiff is:

(A) _____ presently employed by the defendant(s).
(B) ✓ not presently employed by the defendant(s).

The dates of this employment were Jan- 21, 03 - Feb 28. 06

Employment was terminated because:

(1) ✓ plaintiff was discharged.
(2) _____ plaintiff was laid off.
(3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

(A) ✓ my race.
(B) ✓ my religion.
(C) _____ my sex.
(D) _____ my national origin.
(E) _____ other as specified below:

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is (are) Tom Dudley - W - Superviors - Kathy Dawson - B - Human Resources - Marvin Dukin - B - Supervi[sor] Terry Brotten Plant Manger - W -,

8. The alleged discrimination occurred on or about    03 / 06

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows:

Case Complint, in file, falure to Promonte, Harressment, ternation Wrongful

10. The alleged illegal activity took place at  Athens Georgia

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about  2005- . I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on Aug. 4, 06

12. I seek the following relief:

   (A)  ✓  recovery of back pay.
   (B)  ✓  reinstatement to my former job or position.
   (C)  ___ front pay (where reinstatement is not suitable).
   (D)  ✓  damages (damages are recoverable only in age discrimination cases and only for "willful violations" of the Act.
   (E)  ___ injunctive relief.
   (F)  ✓  expenses and attorney's fees.
   (G)  ___ other (describe below):

   Pain Suffer,

10·31·06
Date

Signature of Plaintiff: Sedr D. Thomas

Address of Plaintiff:
105 Old Hull Rd
Athens Georgia 30601
P.O. Box 82337 Athens
Georgia 30608
Phone Number: 706-549-0225

Attachment: Right to Sue Notice

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DISMISSAL AND NOTICE OF RIGHTS

| To: Sandra D. Thompson<br>Post Office Box 82337<br>Athens, GA 30601 | From: EEOC, Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, Georgia 30303 |
|---|---|

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2006-00021 | Wanda Redmond, Investigator | (404) 562-6831 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)* _____

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*[signature]*

BERNICE WILLIAMS-KIMBROUGH
District Director

**AUG 0 2 2006**
*(Date Mailed)*

Enclosure(s)

cc:  Carmen Young
     Human Resources Manager
     Carrier Transicold Corporation
     700 Olympic Drive
     Athens, GA 30601

EEOC Form 161 (10/96)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Sandra D. Thompson<br>Post Office Box 82337<br>Athens, GA 30601 | From: EEOC, Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, Georgia 30303 |
|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2006-01779 | Wanda Redmond, Investigator | (404) 562-6831 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)* _____

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

/s/ BERNICE WILLIAMS-KIMBROUGH
District Director

AUG 0 2 2006
*(Date Mailed)*

Enclosure(s)

cc: Carmen Young
Human Resources Manager
Carrier Transicold Corporation
700 Olympic Drive
Athens, GA 30601

EEOC Form 161 (10/96)