```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

SANDRA D. THOMPSON,              *

      Plaintiff             *

vs.                              *
                                        CASE NO. 3:06-CV-90 (CDL)
CARRIER TRANSICOLD CORP.,        *

      Defendant             *

## O R D E R

Presently pending before the Court are Defendant's Motion to Dismiss (Doc. 7) and Plaintiff's Motion for Entry of Default (Doc. 10). For the following reasons, both motions are denied.

Defendant seeks to have Plaintiff's Complaint dismissed without prejudice because Plaintiff failed to serve Defendant with a copy of the Complaint and a summons within 120 days of the filing of her Complaint. Plaintiff, who is pro se, apparently attempted to have Defendant waive formal service of the Complaint and summons as authorized under the rules. Defendant refused to waive service. Plaintiff alleges that she discussed the service issue with the deputy clerk of court and understood, mistakenly as it turns out, that she had done all that she needed to do. When she finally became aware that she must have her process served personally upon Defendant, she obtained effective service, but it was beyond 120 days from the date that her Complaint was filed.

Rule 4(m) provides that if service is not accomplished within 120 days after filing the complaint, then the court shall dismiss the complaint without prejudice or direct that service be effected within a specified time. Fed. R. Civ. P. 4(m). The Court finds that under the circumstances of this case it is appropriate to permit service beyond the 120 day deadline. Since service has been effected, the Court does not need to direct that service be effected within a specified time in the future. Accordingly, Defendant's Motion to Dismiss is denied (Doc. 7).

The Court further finds that Defendant filed its Motion to Dismiss in a timely manner, and therefore, is not in default. Accordingly, Plaintiff's Motion for Entry of Default (Doc. 10) is denied.

IT IS SO ORDERED, this 31st day of October, 2007.

S/Clay D. Land<br>
CLAY D. LAND<br>
UNITED STATES DISTRICT JUDGE